BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA OSIER, an individual, | Case No.: 2:13-cv-02182-KJD-PAL |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| SAM'S WEST, INC., dba SAM'S CLUB, a Foreign Corporation Doing Business in Nevada; DOES I through XXV, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 16th day of April, 2015.       DATED this 17th day of April, 2015.

LAW OFFICES OF MICHAEL I. GOWDEY         PHILLIPS, SPALLAS & ANGSTADT

/s/ Michael Gowdey                        /s/ Brenda Entzminger #13594

Michael I. Gowdey, Esq.                   Brenda Entzminger
815 S. Casino Center Blvd.                504 South Ninth Street
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Monica Osler*                            *Sam's West, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 24th day of April, 2015.

_____
**UNITED STATES DISTRICT JUDGE**
KENT J. DAWSON